AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

DESIREE ALVES

**WARRANT FOR ARREST**

CASE NUMBER: 04M-1038-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DESIREE ALVES**
_Name_

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
unlawfully, knowingly, and intentionally conspired with each other, and others known and unknown, to possess, and to possess with intent to distribute, cocaine, a Schedule II controlled substance

in violation of Title _____ United States Code, Section(s) 841 and 846

Judith G. Dein
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

03-16-2004    Boston, MA
Date and Location

Signature of Issuing Officer

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON |

| DATE RECEIVED | NAME OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Desiree Alves

ALIAS: ____________________

LAST KNOWN RESIDENCE: 299 Camp Street, Yarmouth, MA

LAST KNOWN EMPLOYMENT: ____________________

PLACE OF BIRTH: ____________________

DATE OF BIRTH (4 digit year): 00-00-1980

SOCIAL SECURITY NUMBER (last 4 digits only): 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

HEIGHT: 5'3" WEIGHT: 110

SEX: Female RACE: Black

HAIR: ____________________ EYES: ____________________

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ____________________

FBI NUMBER: ____________________

COMPLETE DESCRIPTION OF AUTO: ____________________

INVESTIGATIVE AGENCY AND ADDRESS: ____________________